UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CLS CONSTRUCTORS, INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-04935-JD<br><br>**ORDER RE REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 27 |

The Court has reviewed Magistrate Judge Jacqueline Scott Corley's report and recommendation. Dkt. No. 27. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

The Court agrees with Magistrate Judge's well-reasoned report and recommendation. The Court consequently adopts it in full and grants plaintiffs' motion for default judgment, Dkt. No. 23. Defendant CLS Constructors, Inc. is ordered to pay plaintiffs a total of $32,693.98, which represents $17,333.12 in unpaid contributions, $3,486.28 in interest, $3,486.28 pursuant to 29 U.S.C. § 1132(g)(2)(C), and $8,338.30 in attorneys' fees and costs. Defendant is also ordered to submit to an audit of its financial records for the period from November 2017 to the present.

**IT IS SO ORDERED.**

Dated: August 2, 2019

JAMES DONATO
United States District Judge